IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIA GREENE**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:14-cv-543-KGB**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                             **DEFENDANT**

## ORDER

Before the Court is defendant's unopposed motion to stay and for an extension of time (Dkt. No. 5). Defendant, Portfolio Recovery Associates, LLC ("PRA"), requests the Court to hold this matter in abeyance and to extend further PRA's time for filing a response to plaintiff Maria Greene's complaint to November 14, 2014. For good cause shown, the Court grants PRA's motion to stay and for an extension of time. All matters pending before the Court are held in abeyance until further order by this Court. PRA has up to and including November 14, 2014, to respond to Ms. Greene's complaint.

SO ORDERED this the 10th day of October, 2014.

_____
Kristine G. Baker
United States District Judge