IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIA GREENE                                                                                       PLAINTIFF

VS.                              CASE NO. 4:14-CV-543-KGB

PORTFOLIO RECOVERY ASSOCIATES, LLC                                     DEFENDANT

## MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, by and through undersigned counsel, and for her

Motion to Dismiss with Prejudice, states:

The parties have consummated their settlement in this cause and Plaintiff requests the Court to dismiss her claims against the Defendant with prejudice.

Respectfully submitted,

/s/J. R. Andrews

J. R. Andrews, AR BIN 92041
2014 Martha Drive
Little Rock, AR  72212
501-680-3634
jrandrewsatty@yahoo.com

Todd Wooten, Esq.   ABN 94034
Wooten Law Firm
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 72202
Telephone: (501) 218-6064

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2014, the undersigned counsel served the following counsel of record via the Court's ECF filing system:

Kimberly Tucker
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808 ktucker@wlj.com