IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIA GREENE                                                                                            PLAINTIFF

v.                                       CASE NO. 4:14-cv-543-KGB

PORTFOLIO RECOVERY ASSOCIATES, LLC                                      DEFENDANT

## ORDER

Before the Court are several motions: plaintiff Maria Greene's motion to enforce settlement agreement (Dkt. No. 7), to which defendant Portfolio Recovery Associates, LLC ("PRA") has responded (Dkt. No. 8); PRA's motion to dismiss (Dkt. No. 9); and Ms. Greene's motion to dismiss with prejudice (Dkt. No. 10). Ms. Greene's motion to dismiss with prejudice indicates that the parties have consummated their settlement. Therefore, the Court grants Ms. Greene's motion to dismiss her claims with prejudice (Dkt. No. 10). Accordingly, the Court denies as moot Ms. Greene's motion to enforce settlement and PRA's motion to dismiss (Dkt. Nos. 7, 9).

SO ORDERED this the 2nd day of December, 2014.

_____
Kristine G. Baker
United States District Judge